# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00023-CV

**Shelby H. Rumfield, Jr., Appellant**

**v.**

**American Express Centurion Bank, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 258,259-B, HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Shelby H. Rumfield filed his notice of appeal on January 12, 2018. On April 12, 2018, the Clerk of this Court notified Rumfield's counsel that the brief was overdue and that this appeal was subject to dismissal for want of prosecution if appellant's brief was not filed and if the Court received no motion for extension of time by April 23, 2018. To date, appellant's brief has not been filed and there has been no response to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed: June 12, 2018